#11091773
$25.38
mdm
5/10/11

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy

14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

May 9, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501



Re:   YOUNG, MARY J.          09-10813-CLB

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $25.38. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

   X     The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register |
|---|---|---|
| Time Warner Cable | $0.62 | Claims Register #1 |
| Lifetime Health Med Group | $0.12 | Claims Register #3 |
| Capital Recovery | $4.46 | Claims Register #4 |
| Portfolio Recovery Assoc | $4.01 | Claims Register #4 |
| FIA Card Services | $3.18 | Claims Register #6 |
| American InfoSource | $1.79 | Claims Register #8 |
| PYOD LLC | $4.17 | Claims Register #9 |
| Verizon | $2.33 | Claims Register #10 |

Claimant: GE Money Bank      Amount $3.00      Claims Register #12

Claimant: GE Money Bank      Amount $1.70      Claims Register #13

_____
Morris L. Horwitz, Trustee